**Order entered September 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00654-CV

**JUSTIN D. BURGESS, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00664-B**

## ORDER

Before the Court is appellant's September 17, 2017 amended motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on September 20, 2017 filed as of the date of this order.

/s/      CRAIG STODDART
         JUSTICE